UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PRUDENTIAL INS. CO. OF AM., ) | ) | |
| Plaintiff(s), ) | ) | No. C09-0132 BZ |
| v. ) | ) | **BRIEFING ORDER** |
| ALEXANDRA BAILEY WELLS, and ) DAVID WELLS, ) | ) | |
| Defendant(s). ) | | |

Defendant David Wells has filed a motion to dismiss and a motion to strike the jury demand of defendant Alexandra Wells. The parties have stipulated that they be heard on April 15, 2009. The Court is unavailable that date, or on April 1, 2009 as originally noticed. **IT IS THEREFORE ORDERED AS FOLLOWS**:

1. Any opposition to the respective motions shall be filed by **March 17, 2009**;

2. Any reply to the respective motions shall be filed by **March 31, 2009**;

///

///

1

3.  The Court will take the matters under submission and will set a hearing date as required.

Dated: March 4, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PRUDENTIAL INSURANCE CO\BRIEFING ORDER.wpd

2