William F. Crowell, Esq.
California State Bar No. 53366
retroguybilly@gmail.com
1110 Pleasant Valley Road
Diamond Springs, California 95612
Tel: (530) 295-0350; Fax: (530) 295-0352

Attorney for Defendant DAVID WELLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) vs. ) ) ALEXANDRA BAILEY WELLS and ) DAVID WELLS, ) ) Defendants. ) _____ ) | Civil Case No. CV-09-0132-BZ<br><br>NOTICE THAT DEFENDANT DAVID WELLS DESIRES TO PROCEED TO SCHEDULED HEARING<br><br>Hearing Date: May 20, 2009<br>Time: 10:00 A.M.<br>Courtroom G, 15th floor |

TO THE HONORABLE MAGISTRATE JUDGE BERNARD ZIMMERMAN; TO PLAINTIFF AND ITS ATTORNEYS HEREIN; AND TO DEFENDANT ALEXANDRA BAILEY WELLS AND HER ATTORNEYS HEREIN:

Please allow Defendant DAVID WELLS to notify you hereby that he wishes to proceed to oral argument at the scheduled hearing of his to Motions to dismiss the complaint and to strike the jury demand herein on May 20, 2009 at 10:00 A.M.  Pursuant to Local Rule 7-1(b), said Defendant respectfully requests that said oral argument be heard by telephone conference call.

Dated: April 17, 2009.

_William F. Crowell_
_____
Attorney for Defendant DAVID WELLS

[STAMP: DENIED — Judge Bernard Zimmerman — United States District Court, Northern District of California]