1  MERYL MACKLIN (CA State Bar No. 115053)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999

5

6  Attorneys for Defendant
   Alexandra Bailey Wells

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                      SAN FRANCISCO DIVISION

10

11 | PRUDENTIAL INSURANCE COMPANY OF AMERICA | CASE NO. CV-09-00132-BZ |
12 | Plaintiff, | **JOINT REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
13 | v. | |
14 | ALEXANDRA BAILEY WELLS, and DAVID WELLS | CMC Date:  April 20, 2009 |
15 | Defendant. | Time:       4:00 p.m. |
16 | | Judge:      Hon. Bernard Zimmerman |

17
18
19
20
21
22
23
24
25
26
27
28

---

1

JOINT REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE
Prudential Insurance Company of America v. Alexandra Bailey Wells and David Wells
Case No. CV-09-00132-BZ

#43801 v1 saf

1  Counsel for the Plaintiff and Defendants in the above-referenced action hereby request to
2  appear telephonically at the Case Management Conference scheduled for April 20, 2009 at 4:00 p.m.

4  Dated: April 17, 2009          By:  /s/
                                        Meryl Macklin

                                        Attorneys for Defendant
                                        ALEXANDRA BAILEY-WELLS

10 Dated: April 17, 2009          By:  /s/
                                        Stacy Fode

                                        Attorneys for Plaintiff
                                        PRUDENTIAL INSURANCE COMPANY OF
                                        AMERICA

15 Dated: April 17, 2009          By:  /s/
                                        William Crowell

                                        Attorneys for Defendant
                                        DAVID WELLS

**GRANTED**
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
Counsel shall contact CourtCall,
telephonic court appearances at
1-888-882-6878, and make arrangements
for the telephonic conference call.
```

1

JOINT REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE
Prudential Insurance Company of America v. Alexandra Bailey Wells and David Wells
Case No. CV-09-00132-BZ

#43801 v1 saf