UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDRA BAILEY WELLS and DAVID WELLS,<br><br>    Defendants. | Civil Case No. CV-09-0132-BZ<br><br>[PROPOSED] ORDER<br><br>Magistrate Judge Bernard Zimmerman<br>Courtroom: G |

**THE COURT APPROVES THE FOLLOWING:**

The court having received the Joint Motion and Stipulation by Plaintiff The Prudential Insurance Company of America ("Prudential") and Defendants Alexandra Bailey Wells and David Wells (the "Defendants") for Prudential to interplead the amount of $500,000.00 less attorneys' fees and costs, plus claim interest, if any, which represents the full death benefit owed under the variable universal life insurance policy, number V-1022758 (the "Policy") issued to the insured, Deborah Bailey-Wells (the "Death Benefit"); upon the deposit of the Death Benefit, for Prudential to be dismissed from the above-captioned action with prejudice and discharged from

Prudential Insurance Company of America v. Wells    Civil Case No. CV-09-0132-BZ
[Proposed] Order for Plaintiff Prudential Insurance Company of America to
(1) Interplead Funds (2) Be Dismissed from the Case and (3) Be Awarded
its Reasonable Attorneys' Fees and Costs    Page 1

1  any and all liability to the Defendants relating to the Policy and/or the Death Benefit, and for
2  both Defendants to be, and hereby are, permanently enjoined from making any further actual or
3  implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated,
4  arising out of or in connection with Prudential relating to the Policy and/or the Death Benefit due
5  thereunder; and for Prudential to be awarded its attorneys' fees in the amount of $ 11,822.50,
6  plus any additional amount through this date, and costs in the amount of $40.74, having found
7  good cause, the court grants the motion.
8      **IT IS SO ORDERED.**

Dated: _____ June 24, 2009 _____      _____
                                                                Magistrate Judge Bernard Zimmerman

-2-

Prudential Insurance Company of America v. Wells      Civil Case No. CV-09-0132-BZ
[Proposed] Order for Plaintiff Prudential Insurance Company of America to
(1) Interplead Funds (2) Be Dismissed from the Case and (3) Be Awarded
its Reasonable Attorneys' Fees and Costs      Page 2