Janice P. Brown, Esq. (California State Bar No. 114433)
Stacy L. Fode, Esq. (California State Bar No. 199883)
Jaejung Kim, Esq. (California State Bar No. 254170)
**BROWN LAW GROUP, ALC**
600 B Street, Suite 1650
San Diego, California 92101
Tel: (619) 330-1700 / Fax: (619) 330-1701
Attorneys for Plaintiff Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDRA BAILEY WELLS and DAVID WELLS,<br><br>    Defendants. | Civil Case No. CV-09-0132-BZ<br><br>**REQUEST FOR DISMISSAL OF PLAINTIFF PRUDENTIAL INSURANCE COMPANY OF AMERICA**<br><br>Courtroom: G<br>Magistrate Judge Zimmerman |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") requests that Prudential be dismissed with prejudice from the above-entitled action, pursuant to the Court's Order (attached hereto as Exhibit "A") and the Joint Motion for Plaintiff Prudential Insurance Company of America to (1) interplead funds; (2) be dismissed from the case; and (3) be awarded its reasonable attorneys' fees and costs (attached hereto as Exhibit "B").

**PLEASE ALSO TAKE NOTICE** that the interpleaded amount of $500,000.00, less attorneys' fees and costs, plus claim interest, which represented the full death benefit owed under

the variable universal life insurance policy number V-1022758 issued to the insured Deborah Bailey-Wells, was deposited into the Registry of the Court on July 23, 2009.

RESPECTFULLY SUBMITTED:

Dated: July 30, 2009

**BROWN LAW GROUP**

By: _____
Janice P. Brown, Esq.
Stacy L. Fode, Esq.
Jaejung Kim, Esq.
Attorneys for Plaintiff
Prudential Insurance Company of America

No opposition, having been filed,
**IT IS SO ORDERED.**

Dated: August 4, 2009

_____
Magistrate Judge Bernard Zimmerman

**EXHIBIT A**

Case 3:09-cv-00132-BZ   Document 31   Filed 06/24/09   Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDRA BAILEY WELLS and DAVID WELLS,<br><br>    Defendants. | Civil Case No. CV-09-0132-BZ<br><br>[PROPOSED] ORDER<br><br>Magistrate Judge Bernard Zimmerman<br>Courtroom: G |

**THE COURT APPROVES THE FOLLOWING:**

The court having received the Joint Motion and Stipulation by Plaintiff The Prudential Insurance Company of America ("Prudential") and Defendants Alexandra Bailey Wells and David Wells (the "Defendants") for Prudential to interplead the amount of $500,000.00 less attorneys' fees and costs, plus claim interest, if any, which represents the full death benefit owed under the variable universal life insurance policy, number V-1022758 (the "Policy") issued to the insured, Deborah Bailey-Wells (the "Death Benefit"); upon the deposit of the Death Benefit, for Prudential to be dismissed from the above-captioned action with prejudice and discharged from

Prudential Insurance Company of America v. Wells    Civil Case No. CV-09-0132-BZ
[Proposed] Order for Plaintiff Prudential Insurance Company of America to
(1) Interplead Funds (2) Be Dismissed from the Case and (3) Be Awarded
its Reasonable Attorneys' Fees and Costs    Page 1

Case 3:09-cv-00132-BZ   Document 31   Filed 06/24/09   Page 2 of 2

any and all liability to the Defendants relating to the Policy and/or the Death Benefit, and for both Defendants to be, and hereby are, permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, arising out of or in connection with Prudential relating to the Policy and/or the Death Benefit due thereunder; and for Prudential to be awarded its attorneys' fees in the amount of $ 11,822.50, plus any additional amount through this date, and costs in the amount of $40.74, having found good cause, the court grants the motion.

**IT IS SO ORDERED.**

Dated: _____ June 24, 2009 _____          _____
                                            Magistrate Judge Bernard Zimmerman

Prudential Insurance Company of America v. Wells                           Civil Case No. CV-09-0132-BZ
[Proposed] Order for Plaintiff Prudential Insurance Company of America to
(1) Interplead Funds (2) Be Dismissed from the Case and (3) Be Awarded
its Reasonable Attorneys' Fees and Costs                                                        Page 2

**EXHIBIT B**

1  Janice P. Brown, Esq. (California State Bar No. 114433)
   Stacy L. Fode, Esq. (California State Bar No. 199883)
2  **BROWN LAW GROUP, ALC**
   600 B Street, Suite 1650
3  San Diego, California 92101
   Tel: (619) 330-1700 / Fax: (619) 330-1701
4  Attorneys for Plaintiff Prudential Insurance Company of America

5  Meryl Macklin, Esq. (California State Bar No. 115053)
   **HOLME ROBERTS & OWEN, LLP**
6  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
7  Tel:  (415) 268-2000 / Fax: (415) 268-1999
   Attorneys for Defendant Alexandra Bailey-Wells
8
   William F. Crowell, Esq. (California State Bar No. 53366)
9  1110 Pleasant Valley Road
   Diamond Springs, CA  95619
10 Tel: (530) 295-0350 / (530) 295-0352
   Attorneys for Defendant David Wells
11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16 THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Civil Case No. CV-09-0132-BZ |
| 17            Plaintiff, | **JOINT MOTION FOR PLAINTIFF PRUDENTIAL INSURANCE COMPANY OF AMERICA TO** |
| 18 v. | **(1) INTERPLEAD FUNDS;** |
| 19 ALEXANDRA BAILEY WELLS and DAVID WELLS, | **(2) BE DISMISSED FROM THE CASE; AND** |
| 20            Defendants. | **(3) BE AWARDED ITS REASONABLE ATTORNEYS' FEES AND COSTS** |
| 21 | Courtroom: G |
| 22 | Magistrate Judge Zimmerman |

24     WHEREAS, Plaintiff The Prudential Insurance Company of America ("Prudential") and
25 Defendants Alexandra Bailey Wells and David Wells (the "Defendants") (collectively, the
26 "Parties") hereby submit this Joint Motion for the purpose of interpleading the amount of
27 $500,000.00, less attorneys' fees and costs, plus claim interest, if any, which represents the full
28

---
The Prudential Insurance Company of America v. Wells                Civil Case No. CV-09-0132-BZ
Joint Motion for Plaintiff Prudential Insurance Company of America to
(1) Interplead Funds (2) Be Dismissed from the Case and (3) Be Awarded
its Reasonable Attorneys' Fees and Costs                                              Page 1

death benefit owed under the variable universal life insurance policy, number V-1022758 (the "Policy") issued to the insured, Deborah Bailey-Wells (the "Death Benefit"); dismissing Prudential from the above-captioned action and releasing all claims, rights, interests and actions and holding Prudential harmless; and, awarding Prudential its reasonable attorneys' fees and costs (the "Joint Motion").

WHEREAS, Prudential is a neutral stakeholder and is ready and willing to pay the Death Benefit.

WHEREAS, Prudential brought its Complaint in Interpleader (the "Complaint") as there are competing claims to the Death Benefit.

WHEREAS, Defendant David Wells filed a motion to dismiss Prudential's Complaint on February 17, 2009 for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted.

WHEREAS, on May 21, 2009, the Court denied Defendant David Wells' motion to dismiss in its entirety, and determined that Prudential's proposed first amended complaint alleged a proper basis for jurisdiction.

WHEREAS, it is in the best interests of the Parties for the Death Benefit to be interpled and Prudential dismissed from this lawsuit to stop accrual of attorneys' fees and costs.

WHEREAS, Prudential is entitled to recover reasonable attorneys' fees and costs pursuant to Code of Civil Procedure Section 386.6(a).

WHEREAS, the Parties STIPULATE and respectfully request this Court order as follows:

1. The Clerk of the Court receive and deposit into the Registry of the Court the Death Benefit, less attorneys' fees and costs, plus claim interest, if any;

2. Upon the deposit of the Death Benefit, Prudential shall be, and hereby is, dismissed from the above-captioned action with prejudice and discharged from any and all liability to the Defendants relating to the Policy and/or the Death Benefit, and both Defendants shall be, and hereby are, permanently enjoined from making

-2-

Prudential Insurance Company of America v. Wells                         Civil Case No. CV-09-0132-BZ
Joint Motion for Plaintiff Prudential Insurance Company of America to
(1) Interplead Funds (2) Be Dismissed from the Case and (3) Be Awarded
its Reasonable Attorneys' Fees and Costs                                                    Page 2

any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, arising out of or in connection with Prudential relating to the Policy and/or the Death Benefit due thereunder. The Defendants do therefore release, remise and forever disclaim all claims, rights, interests and actions that it might otherwise have held against Prudential relating to the Policy and/or the Death Benefit; and,

3. Prudential is awarded its attorneys' fees in the amount of $ 11,822.50, plus any additional amount through the date of dismissal, and costs in the amount of $40.74.

**IT IS SO STIPULATED.**

Dated: June 23, 2009

**BROWN LAW GROUP**

By: _____
Janice P. Brown, Esq.
Stacy L. Fode, Esq.
Jaejung Kim, Esq.
Attorneys for Plaintiff
Prudential Insurance Company of America

Dated: June ____, 2009

**HOLME ROBERTS & OWEN, LLP**

By: _____
Meryl Macklin
Attorneys for Defendant
Alexandra Bailey-Wells

Dated: June ____, 2009

By: _____
William Crowell
Attorney for Defendant
David Wells

-3-

Prudential Insurance Company of America v. Wells                    Civil Case No. CV-09-0132-BZ
Joint Motion for Plaintiff Prudential Insurance Company of America to
(1) Interplead Funds (2) Be Dismissed from the Case and (3) Be Awarded
its Reasonable Attorneys' Fees and Costs                                              Page 3

Received Fax :           Jun 19 2009 11:43      Fax Station :   BROWN LAW GROUP           p. 2
303-866-0200              6/19/2009 12:41:11 PM    PAGE    2/002    Fax Server

1  any further actual or implied claims, demands and causes of action, asserted or
2  unasserted, liquidated or unliquidated, arising out of or in connection with
3  Prudential relating to the Policy and/or the Death Benefit due thereunder. The
4  Defendants do therefore release, remise and forever disclaim all claims, rights,
5  interests and actions that it might otherwise have held against Prudential relating to
6  the Policy and/or the Death Benefit; and,
7     3.  Prudential is awarded its attorneys' fees in the amount of $ 11,822.50, plus any
8  additional amount through the date of dismissal, and costs in the amount of $40.74.

10 IT IS SO STIPULATED.

12 Dated: June ____, 2009            **BROWN LAW GROUP**

14                                   By: _____
                                        Janice P. Brown, Esq.
15                                      Stacy L. Fode, Esq.
                                        Jaejung Kim, Esq.
16                                      Attorneys for Plaintiff
                                        Prudential Insurance Company of America

19 Dated: June 19, 2009              **HOLME ROBERTS & OWEN, LLP**

20                                   By: _____
21                                      Meryl Macklin
                                        Attorneys for Defendant
22                                      Alexandra Bailey-Wells

24 Dated: June ____, 2009

25                                   By: _____
26                                      William Crowell
                                        Attorney for Defendant
27                                      David Wells

-3-

Prudential Insurance Company of America v. Wells      Civil Case No. CV-09-0132-BZ
Joint Motion for Plaintiff Prudential Insurance Company of America to
(1) Interplead Funds (2) Be Dismissed from the Case and (3) Be Awarded
its Reasonable Attorneys' Fees and Costs      Page 3

any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, arising out of or in connection with Prudential relating to the Policy and/or the Death Benefit due thereunder. The Defendants do therefore release, remise and forever disclaim all claims, rights, interests and actions that it might otherwise have held against Prudential relating to the Policy and/or the Death Benefit; and,

3. Prudential is awarded its attorneys' fees in the amount of $ 11,822.50, plus any additional amount through the date of dismissal, and costs in the amount of $40.74.

IT IS SO STIPULATED.

Dated: June _____, 2009        BROWN LAW GROUP

                               By: _____
                               Janice P. Brown, Esq.
                               Stacy L. Fode, Esq.
                               Jaejung Kim, Esq.
                               Attorneys for Plaintiff
                               Prudential Insurance Company of America

Dated: June _____, 2009        HOLME ROBERTS & OWEN, LLP

                               By: _____
                               Meryl Macklin
                               Attorneys for Defendant
                               Alexandra Bailey-Wells

Dated: June 23, 2009

                               By: /s/ William Crowell
                               William Crowell
                               Attorney for Defendant
                               David Wells

-3-

Prudential Insurance Company of America v. Wells                    Civil Case No. CV-09-0132-BZ
Joint Motion for Plaintiff Prudential Insurance Company of America to
(1) Interplead Funds (2) Be Dismissed from the Case and (3) Be Awarded
its Reasonable Attorneys' Fees and Costs                                              Page 3

**DECLARATION OF SERVICE**
*Prudential Insurance Company of America v. Alexandra Bailey Wells, et al.*
United States District Court – Northern District Case No. CV-09-0132-BZ

I, the undersigned, declare under penalty of perjury under the laws of the state of California that I am over the age of eighteen (18) and not a party to the within action; my business address is 600 B Street, Suite 1650, San Diego, California 92101.

On June 24, 2009, I served the foregoing documents described as **JOINT MOTION FOR PLAINTIFF PRUDENTIAL INSURANCE COMPANY OF AMERICA TO (1) INTERPLEAD FUNDS; (2) BE DISMISSED FROM THE CASE; AND (3) BE AWARDED ITS REASONABLE ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER** on the interested parties in this action as set forth below in the following manner.

| **ATTORNEYS FOR: Alexandra Bailey Wells** | **ATTORNEY FOR: David Wells** |
|---|---|
| Meryl Macklin, Esq. | William F. Crowell, Esq. |
| Holme Roberts & Owen LLP | 1110 Pleasant Valley Road |
| 560 Mission Street, 25th Floor | Diamond Springs, CA  95619 |
| San Francisco, CA  94105-2994 | Phone:  530-295-0350 |
| Phone:  415-268-2000 | Fax:     530-295-0352 |
| Fax:     415-268-1999 | Email:  retroguybilly@gmail.com |
| Email:  meryl.macklin@hro.com | |

( ) **BY MAIL.** By placing a copy in a separate envelope, with postage fully prepaid, for each address named above and depositing each in the U.S. Mail at San Diego, California.

( ) **BY FACSIMILE.** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s).

( ) **BY PERSONAL SERVICE.** By causing a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server.

( ) **ECF TRANSMISSION.** I filed the foregoing document with the Clerk of the Court for the United States District Court, Central District, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was serve a "Notice of Electronic Filing" sent by ECF system.

(X) **ELECTRONIC TRANSMISSION.** I electronically served the foregoing document(s) on the attorney listed above. The attorney listed above has consented to receive service by electronic means at the electronic mail address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on June 24, 2009, at San Diego, California.

*/s/ Chela Madere*
Chela Madere


# DECLARATION OF SERVICE
*Prudential Insurance Company of America v. Alexandra Bailey Wells, et al.*
United States District Court – Northern District Case No. CV-09-0132-BZ

I, the undersigned, declare under penalty of perjury under the laws of the state of California that I am over the age of eighteen (18) and not a party to the within action; my business address is 600 B Street, Suite 1650, San Diego, California 92101.

On July 30, 2009, I served the foregoing documents described as **REQUEST FOR DISMISSAL OF PLAINTIFF PRUDENTIAL INSURANCE COMPANY OF AMERICA** on the interested parties in this action as set forth below in the following manner.

| ATTORNEYS FOR: Alexandra Bailey Wells | ATTORNEY FOR: David Wells |
|---|---|
| Meryl Macklin, Esq. | William F. Crowell, Esq. |
| Holme Roberts & Owen LLP | 1110 Pleasant Valley Road |
| 560 Mission Street, 25th Floor | Diamond Springs, CA 95619 |
| San Francisco, CA 94105-2994 | Phone: 530-295-0350 |
| Phone: 415-268-2000 | Fax: 530-295-0352 |
| Fax: 415-268-1999 | Email: retroguybilly@gmail.com |
| Email: meryl.macklin@hro.com | |

( )   **BY MAIL.**  By placing a copy in a separate envelope, with postage fully prepaid, for each address named above and depositing each in the U.S. Mail at San Diego, California.

( )   **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s).

( )   **BY PERSONAL SERVICE.**  By causing a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server.

(X)   **ECF TRANSMISSION.**  I filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District, using the Electronic Case Filing ("ECF") system of the Court.  The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct and that this Declaration was executed on July 30, 2009, at San Diego, California.

*Chela Madere*
Chela Madere