UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENTIAL INS. CO. OF AMERICA,<br><br>            Plaintiff(s),<br><br>      v.<br><br>ALEXANDRA BAILEY WELLS, and DAVID WELLS,<br><br>            Defendant(s). | No. C09-0132 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated:  December 3, 2009

                              _____
                                    Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.5\PRUDENTIAL INSURANCE CO\ORDER OF COND DISM.wpd